IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ALBERT GORDON MURRAY,                    *

              Plaintiff,                    *

v.                                                   Case No.   5:24-cv-00120-MTT-CHW

JUDGE VERDA COLVIN et al.,                *

              Defendants.                    *

_____

## J U D G M E N T

Pursuant to this Court's Order dated June 14, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 14th day of June, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk